# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**ARNOLD H. THOMAS**                                                                      **PLAINTIFF**
**05806-095**

**V.**                                      **CIVIL ACTION NO. 3:18-CV-585-HTW-LRA**

**WARDEN CHERON NASH and**                                       **DEFENDANTS**
**DR. ANTHONY CHAMBERS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before this Court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson. Said document was filed on April 30, 2019 [**Docket no. 26**]. To date, Plaintiff has filed no objections to the Report and Recommendation of the United States Magistrate Judge. Based upon the evidence therein contained, this Court finds the Report and Recommendation well-taken; therefore, the Report and Recommendation of the United States Magistrate Judge **[Docket no. 26]** is hereby **ADOPTED** as the order of this Court.

Further, this Court hereby **DISMISSES** this lawsuit without prejudice. The parties are to bear their own costs.

**SO ORDERED AND ADJUDGED this the 7th day of January, 2020.**

                                                   **/s/HENRY T. WINGATE**
                                                   **UNITED STATES DISTRICT COURT JUDGE**